HANS O. SWOBODA, Respondent, *v.* CELINE S. HOLLINS, as Executrix of FRANK C. HOLLINS, Deceased, Appellant.

*Swoboda* v. *Hollins,* 127 App. Div. 940, affirmed.
(Argued March 15, 1910; decided March 29, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 11, 1908, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for alleged breaches of contract.

*Paris S. Russell* and *John Ingle, Jr.,* for appellant.

*Lamont McLoughlin, William J. Barr, E. W. Tyler* and *Edgar A. Martin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.